# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:10CV430** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is hereby scheduled for a telephone conference regarding the status of the case on **November 12, 2010, at 3:15 p.m., Central Standard Time,** with the undersigned magistrate judge. Counsel for the defendant shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 10th day of November, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge